36 F.3d 1092
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Andrew Frank KARACSONYI, Plaintiff Appellant,
v.
Tom OWENS, Defendant Appellee.
 No. 94-6415.
 United States Court of Appeals, Fourth Circuit.
 Submitted: July 6, 1994
Decided: September 26, 1994.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-381-CRT-H)
 Andrew Frank Karacsonyi, Appellant Pro Se.
 Barbara Dickerson Kocher, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.
 E.D.N.C.
 AFFIRMED.
 Before HALL and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order granting summary judgment for Appellee in this Bivens action.* Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Karacsonyi v. Owens, No. CA-02-381-CRT-H (E.D.N.C. Mar. 18, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)